UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-　　　　　　　　　　　　　　　　　　　　　　　No.  23-CR-279-LTS-1

ADONYS CASTILLO,　　　　　　　　　　　　　　　ORDER

       Defendant.

---------------------------------------------------------x

       The Court has received Mr. Castillo's letter dated August 3, 2023.  The letter pertains to attorney-client interactions and one request for relief.

       Mr. Castillo is represented by Barry A. Weinstein.  To the extent that Mr. Castillo is represented by counsel, the Court will not entertain his pro se request for relief.

       The Court will file Mr. Castillo's letter under seal and provide a copy to Mr. Weinstein.  Mr. Weinstein is hereby directed to review the letter and schedule a hearing before the Magistrate Court to determine what actions related to the request in Mr. Castillo's letter are appropriate at this time.

       SO ORDERED.

Dated: New York, New York
       August 8, 2023

                                           /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                           Chief United States District Judge