UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                    No. 23-CR-279-LTS-1

ADONYS CASTILLO,                                              ORDER

        Defendant.

-------------------------------------------------------x

        A bail hearing in this case is scheduled to proceed on November 1, 2023, at 10:30 a.m., in Courtroom 17C.

        The parties are directed to file, and email Chambers at SwainNYSDCorresp@nysd.uscourts.gov, the transcript of the bail hearing before Magistrate Judge Sarah Netburn on June 8, 2023, and any additional documents they would like the Court to consider during or in connection with the proceeding, at least 48 hours in advance of the proceeding.

        Docket entry no. 92 resolved.

        SO ORDERED.

Dated: New York, New York                /s/ Laura Taylor Swain
      October 17, 2023                    LAURA TAYLOR SWAIN
                                                      Chief United States District Judge