**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN　　　　　　　　　　　　　　　　　　　Tel: (212) 571-5500
JEREMY SCHNEIDER　　　　　　　　　　　　　　　　　　　　Fax: (212) 571-5507
ROBERT A. SOLOWAY
DAVID STERN
_____

RACHEL PERILLO　　　　　　　　　　　　　　　　**MEMO ENDORSED**

　　　　　　　　　　　　　　　　　　　　　　　　October 25, 2023

Hon. Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

　　　　　　　　　Re:　United States v. Adonys Castillo
　　　　　　　　　Ind. No. 23 Cr. 279

Dear Judge Swain:

　　I am the appointed attorney for Mr. Castillo on the above captioned case.  I write with the consent of the government seeking a brief adjournment of Mr. Castillo's case, which is presently scheduled for November 1, 2023. I seek this adjournment because on that date I expect to be out of state working on another case.  I have consulted with Mr. Castillo who has no objection.  If it is convenient date and time for Your Honor, the parties have agreed to November 7, 2023 at 2:30 after consultation with your deputy.

　　If you have any questions regarding this application please contact my office.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　David Stern

The foregoing request is granted.  The Court hereby schedules the bail hearing in this matter for November 7, 2023, at 2:30 p.m.  DE no. 95 resolved.
SO ORDERED
10/25/2023
/s/ Laura Taylor Swain, Chief USDJ