UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                       No. 23-CR-279-LTS-1

ADONYS CASTILLO,                             ORDER

        Defendant.

-------------------------------------------------------x

        The Court has received the Government's letter motion regarding the discovery of a potential conflict of interest between Mr. Castillo and his attorney, David Stern.

        A Curcio hearing in this case is scheduled to proceed on **November 7, 2023, at 1:30 p.m.**, in Courtroom 17C. The duty CJA attorney will be directed to attend as independent counsel.

        Docket entry no. 102 resolved.

        SO ORDERED.

Dated: New York, New York                    /s/ Laura Taylor Swain
       November 1, 2023                    LAURA TAYLOR SWAIN
                                                  Chief United States District Judge