# **MEMO ENDORSED**

ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN  
JEREMY SCHNEIDER  
ROBERT A. SOLOWAY  
DAVID STERN  

———————

RACHEL PERILLO

Tel: (212) 571-5500  
Fax: (212) 571-5507

March 26, 2024

**By ECF**
Hon. Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

               Re:  United States v. Adonys Castillo
                    No. 23 Cr. 279

Dear Judge Swain:

    I am the attorney Mr. Castillo in the above-named matter, having been appointed pursuant to the Criminal Justice Act. A pretrial conference is scheduled in this matter for tomorrow, March 27, 2024 at 11:30 a.m. This letter is respectfully submitted to request that the Court permit my associate, Rachel Perillo Esq., to appear in my place on Mr. Castillo's behalf at tomorrow's conference because I will be traveling out of the country in relation to another criminal matter and am therefore unable to appear.

    Ms. Perillo is admitted to practice in this Court. She regularly assists me and other partners in my law office in CJA cases and has been assigned as associate counsel in criminal matters in the Southern and Eastern Districts of New York. Mr. Castillo has no objection to Ms. Perillo standing in for me under these circumstances.

If the Court has any questions regarding this application please do not hesitate to contact me.

                                          Respectfully submitted,
                                                        /s/
                                            David Stern

The foregoing request is granted. DE 146 resolved.
SO ORDERED.
3/26/24
/s/ Laura Taylor Swain, Chief USDJ

2