UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                        No. 23-CR-279-LTS-1

ADONYS CASTILLO,                                    ORDER

        Defendant.

-------------------------------------------------------x

Upon the request of Mr. Castillo, **Joshua Kirshner** is hereby appointed as independent CJA counsel to Mr. Castillo for a period of **45 days** to discuss whether Mr. Castillo would like to request a change of counsel. Mr. Kirshner is directed (1) to file a notice of appearance, (2) to consult with David Stern, Mr. Castillo's CJA counsel of record, Mr. Castillo, and the Government, and (3) to file a letter with the Court by **October 24, 2024,** to advise the Court whether Mr. Castillo intends to request a change of counsel. Chambers will provide a copy of this order to Mr. Kirshner by email.

        SO ORDERED.

Dated: New York, New York                   /s/ Laura Taylor Swain
      September 9, 2024                       LAURA TAYLOR SWAIN
                                                         Chief United States District Judge

Emailed to:

Joshua Kirshner
jkirshner@jkirshnerlaw.com