UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                                                       No. 23-CR-279-LTS-1

ADONYS CASTILLO,                                                        <u>Order</u>

        Defendant.

-------------------------------------------------------x

        The sentencing hearing in this case is hereby adjourned from 11:00 a.m. on June 26, 2025, to **12:00 pm on September 15, 2025**. The hearing will be conducted in **Courtroom 17C**. Docket entry no. 305 is resolved.

        SO ORDERED.

Dated: New York, New York                 /s/ Laura Taylor Swain
      June 10, 2025                           LAURA TAYLOR SWAIN
                                            Chief United States District Judge